**Orville LEWIS, Jr., Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA, Defendant—Appellee.**

No. 07–1727.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2007.

Decided: Oct. 16, 2007.

Orville Lewis, Jr., Appellant Pro Se. Gregory Clayton Fleming, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orville Lewis, Jr., appeals the district court's order dismissing this action seeking to void a state court judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lewis v. Virginia,* No. 3:07–cv–00219–HEH, 2007 WL 2045538 (E.D.Va. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*